UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PEGGY C. PERSIK,

               Plaintiff,

    v.                                    Case No. 18-cv-1252-pp

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

---

**ORDER APPROVING JOINT MOTION FOR REMAND (DKT. NO. 20), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

---

On March 21, 2019, the parties filed a joint stipulation and motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 20. The court **APPROVES** the stipulation, **GRANTS** the motion for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED**, and the case is **REMANDED** to the Commissioner. On judicial remand, the Appeals Council will remand the matter to an Administrative Law Judge to develop the administrative record as necessary, offer the plaintiff a new hearing, and issue a new decision.

Dated in Milwaukee, Wisconsin this 26th day of March, 2019.

               **BY THE COURT:**

               _____

               **HON. PAMELA PEPPER**
               **United States District Judge**